No. 389, Misc. WILBURN *v.* CRANOR, SUPERINTEND-
ENT. Supreme Court of Washington. Certiorari denied.

No. 390, Misc. SIMON *v.* SUPREME COURT OF CALI-
FORNIA. Supreme Court of California. Certiorari
denied.

No. 398, Misc. LOSINGER *v.* MICHIGAN. Supreme
Court of Michigan. Certiorari denied.

No. 430. COMMUNITY SERVICES, INC. *v.* UNITED
STATES, 342 U. S. 932; and
No. 488. HEAGNEY *v.* BROOKLYN EASTERN DISTRICT
TERMINAL, 342 U. S. 920. Petitions for rehearing denied.

No. 497. ILLINOIS ET AL. *v.* UNITED STATES ET AL., 342
U. S. 930. Motion of certain parties to join in the peti-
tion for rehearing denied. Petition for rehearing denied.

No. 298, Misc. BYERS ET AL. *v.* UNITED STATES, 342
U. S. 931. Rehearing denied.

MARCH 25, 1952.

No. 649. RAY, CHAIRMAN OF THE STATE DEMOCRATIC
EXECUTIVE COMMITTEE OF ALABAMA, *v.* BLAIR. The mo-
tion of respondent to vacate or modify the stay order of
March 24, 1952, *ante,* p. 901, is denied. MR. JUSTICE
BLACK took no part in the consideration or decision of this
motion.